UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                          Case Number 11-14148
        Plaintiff       Hon. Robert H. Cleland

-v-

TRACEY L. WELLS,

        Defendant

and

ECORSE DENTAL P.C.,

        Garnishee Defendant
_____

**ORDER REGARDING DEFENDANT'S REQUEST FOR HEARING ABOUT THE GARNISHMENT AND CLAIM FOR EXEMPTIONS**

      **THIS MATTER** having come before the Court on the Defendant's Request for Hearing About the Garnishment and Claim for Exemptions; and Plaintiff having filed a Response thereto; and a Notice of Hearing and having been served on Plaintiff and Defendant; and a hearing having been held on January 11, 2012.

      **IT IS HEREBY ORDERED** that Defendant's request for hearing and/ or claim for exemptions with respect to the Writ of Garnishment issued to Garnishee Defendant ECORSE DENTAL P.C. is **DENIED.**

      **IT IS FURTHER ORDERED** that the Garnishee will pay the sum of **$75.00 bi-weekly to Plaintiff, payable to the United States Department of Justice.**

Dated:  1/13/2012                              S/Robert H. Cleland
                                                United States District Judge